IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
2012 JAN 30 AM 11:07

CLERK
SO. DIST. OF GA.

MATTHEW MANGRAM,

Plaintiff,

vs.

CIVIL ACTION NO.: CV211-195

DAY QUAN MANGRAM; LADELL ELLIS; MOONPIE HARDEY; and CHRIS HARDEY,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 27 day of January, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)